IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JANE DOE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant, | No. 03-2459C<br>(Judge Williams) |

JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE

By order dated January 12, 2007, the Court issued an opinion and order denying in part and granting in part defendant's motion to dismiss. The Court denied defendant's motion to dismiss to the extent that plaintiffs did not receive overtime pay pursuant to the Fair Labor Standards Act for any overtime that was not "occasional or irregular," and invited plaintiffs to amend their complaint "to clarify whether the overtime at issue was irregular, occasional or scheduled in advance of the workweek." The Court granted defendant's motion to dismiss in all other respects.

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, the parties stipulate to the dismissal, without prejudice, of any claim that was not dismissed in the January 12, 2007 order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Acting Director

HAROLD D. LESTER, JR.
Assistant Director

MICHAEL J. DIERBERG
Trial Attorney
Civil Division
Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530
(202) 353-0536
(202) 305-7643 (fax)

February 13, 2007

Attorneys for Defendant

/s/ Bruce A. Finzen /BJK

BRUCE A. FINZEN
Sharon Cummings Giles
Robins, Kaplan, Miller & Ciresi
1801 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: 202-775-0725
Facsimile: 202-223-8604

/s/ Brent J. Kaplan

BRENT J. KAPLAN
Robins, Kaplan, Miller & Ciresi
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326-1119
Telephone: 404-233-1114
Facsimile: 404-233-1267

Attorneys for Plaintiffs

OF COUNSEL
Sam Brand, Jr.
Law Office of Sam Brand
P.O. Box 24296
Jackson, Mississippi 39225
Phone: 601-949-7577
Fax: 601-985-9578

February 21, 2007