# In the United States Court of Federal Claims

**No. 03-2459C**
**(Filed February 22, 2007)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
**JANE DOE, ET AL.,** *
**Plaintiffs,** *
**v.** *
**THE UNITED STATES,** *
**Defendant.** *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

**ORDER**

---

On February 20, 2007, Plaintiffs filed with this Court a "notice of filing discovery materials." Defendant notified this Court on February 21, 2007, that it opposes Plaintiffs' filing of discovery. On February 21, 2007, Plaintiffs sent this Court a facsimile of a letter with an attached joint stipulation for voluntary dismissal without prejudice. Plaintiffs' letter requests that this Court accept the filing of discovery materials and joint stipulation for dismissal, and further request that the Court modify its January 12, 2007, Opinion and Order Granting In Part Defendant's Motion to Dismiss.

1. Plaintiffs shall file any motion requesting that this Court accept additional discovery by **February 28, 2007**. Defendant shall file any response by **March 7, 2007**.

2. The February 21, 2007 letter and attached stipulation are not accepted as filed by this Court. Per the Court's August 31, 2006 order, "[a]ll documents in this case are to be filed electronically . . ." through the Court's CM/ECF system. The parties are to file any joint stipulation for dismissal electronically through the Court's CM/ECF filing system.

3. Any request that the Court modify its January 12, 2007 order shall be made by motion filed electronically with the Court.

s/ Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**