**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

JANE DOE 1, JANE DOE 2, and
JANE DOE 3, on behalf of themselves
and all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

NO. 03-2459C
(Judge Williams)

**PLAINTIFFS' MOTION TO PERMIT FILING OF DISCOVERY MATERIAL**

Plaintiffs, by and through counsel undersigned, pursuant to Rule 5 of the Rules of the United States Court of Federal Claims, hereby move this Court for an Order permitting the filing of discovery materials, which were previously transmitted to the Court on February 20, 2007, in a pleading entitled Notice of Filing Discovery Materials. In support of this Motion the Plaintiffs show the Court as follows:

1.

This matter involves claims for breach of the terms of the National Agreement between the American Federation of Government Employees and the Social Security Administration, ("National Agreement"), as well as claims for violations of the Fair Labor Standards Act in connection with the Defendant's improper payment of overtime compensation for hours worked in excess of 40 in a work week.

2.

On January 12, 2007, the Court granted in part and denied in part the Defendant's Motion to Dismiss. More specifically, the Court granted the Defendant's motion in connection with the Plaintiffs' claims for violation of the National Agreement, and the Plaintiffs' claims for improper payment for credit hours. The January 12, 2007, Order also held that Plaintiffs' claims for violation of the Fair Labor Standards Act for any overtime compensated as compensatory time off, on an hour-for-hour basis, that was irregular, and occasional, were not compensable. The Court denied the Defendant's motion in connection with the Plaintiffs' claims for violation of the Fair Labor Standards Act, pending clarification of whether overtime compensated as compensatory time off, on an hour-for-hour basis, was "irregular, occasional," or whether it was "scheduled in advance of the workweek."

3.

The January 12, 2007 Order also directed that Plaintiffs amend the Complaint to "clarify whether the overtime at issue was irregular, occasional or scheduled in advance of the work week." Plaintiffs noted to the Court in a letter submission dated January 30, 2007 that, upon information and belief, some portion of the overtime was scheduled in advance of the workweek.

4.

To promote judicial economy, and in order to avoid piece meal litigation, the parties have agreed to a Stipulation For Voluntary Dismissal Without Prejudice of the claims not dismissed by the January 12, 2007, Order so that an appeal might be taken forthwith to the United States Court of Appeals for the Federal Circuit.

5.

In anticipation of such an appeal Plaintiffs respectfully request that the Court accept for filing the discovery materials previously transmitted to the Court on February 20, 2007, a copy of which is attached hereto as attachment 1, This discovery material consists of

1. Plaintiffs' Initial Disclosures Pursuant to RCFC 26(a)(1);

2. Defendant's Initial Rule 26 Disclosures;

3. Defendant's Response to Plaintiffs' First Set of Interrogatories and First Request for Production of Documents and Things;

4. Plaintiffs' First Request for Admission and Interrogatory to Defendant; and

5. Defendant's Response to Plaintiffs' First Set of Requests for Admission and Plaintiffs' Third Set of Interrogatories.

This discovery material is not voluminous and will not burden the record.

6.

The discovery material which is the subject of this Motion contains substantive, factual information necessary for the record on appeal, and which Plaintiffs will reference in their briefing in the upcoming appeal. This discovery material establishes certain relevant facts definitively, and will permit the United States Court of Appeals for the Federal Circuit to make its decision based upon such established facts.

7.

The grant of the instant motion will in no way prejudice the Defendant.

WHEREFORE Plaintiffs' respectfully request that this Court issue an Order accepting for filing the Discovery Material attached hereto.

Respectfully submitted this 26th day of February, 2007.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Bruce A. Finzen (by BJK w/express permission)

Bruce A. Finzen
1801 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: 202-775-0725
Facsimile: 202-223-8604

Brent J. Kaplan
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326-1119
Telephone: 404-233-1114
Facsimile: 404-233-1267

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL
Sam Brand, Jr.
Law Office of Sam Brand
P.O. Box 24296
Jackson, Mississippi 39225
Phone: 601-949-7577
Fax: 601-985-9578

**IN THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

JANE DOE 1, JANE DOE 2, and
JANE DOE 3, on behalf of themselves
and all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

NO. 03-2459C
(Judge Williams)

**CERTIFICATE OF SERVICE**

I, Brent J. Kaplan, hereby certify that on February 26th, 2007 I electronically filed the foregoing **Plaintiffs' Motion to Permit Filing of Discovery Materials** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Dierberg
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street N.W., 12th Floor
Washington, D.C. 20530

I also hereby certify that I have forwarded to counsel for the Defendant a true copy of the **Plaintiffs' Motion to Permit Filing of Discovery Materials** via facsimile transmission, and by depositing a copy of same in the United States mail with proper postage affixed thereto.

Brent J. Kaplan

# ATTACHMENT 1

1

**THE UNITED STATES COURT**
**OF FEDERAL CLAIMS**

JANE DOE 1, JANE DOE 2, and
JANE DOE 3, on behalf of themselves
and all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

NO. 03-2459C
(Judge Williams)

---

**PLAINTIFFS' INITIAL DISCLOSURES**
**PURSUANT TO RCFC 26(a)(1)**

Plaintiffs, pursuant to RCFC 26(a)(1) hereby make the following initial disclosures:

These disclosures are made based on the information reasonably available to Plaintiffs as of the present date. These initial disclosures represent a good faith effort to identify information Plaintiffs reasonably believe is relevant to this action. By making the following disclosures, Plaintiffs do not represent that they are identifying every document, tangible thing, or witness relevant to this action. Plaintiffs reserve the right to call any witness or present any exhibit or item at trial not listed herein but determined through discovery or investigation to be relevant to the subject matter of this action.

Plaintiffs do not waive their right to object to the production of any document or tangible thing disclosed herein on the basis of any privilege, including the attorney-client privilege, the work-product doctrine, relevancy, undue burden, or any other valid objection. Plaintiffs' initial disclosures are also made without waiving (1) the right to object on the grounds of competency,

privilege, relevancy and materiality, hearsay, or any other proper ground; and (2) the right to object on any and all grounds, at any time, to any other discovery request or proceeding involving or relating to the subject matter of these disclosures.

**A. Individuals likely to have discoverable information**

Plaintiffs state that, in addition to themselves, the following individuals may have discoverable information concerning the number of hours one or more of the Plaintiffs worked, including but not limited to the number of compensatory hours or credit hours. These individuals may also have knowledge concerning the methodology utilized for the Defendant's payment for such hours.

1. Brian W. Boyd
   Group Supervisor - Savannah Office of Hearings and Appeals
   (address and phone unknown)

2. Michael J. Carson
   Hearing Office Chief Administrative Law Judge
   McCoy Federal Building
   100 West Capital, Suite 1014
   Jackson, Mississippi 39269
   Phone: (601) 965-4650

3. Mary L. Cornelius
   Hearing Office Director
   McCoy Federal Building
   100 West Capital, Suite 1014
   Jackson, Mississippi 39269
   Phone: (601) 965-4650

4. Tony Fava
   Hearing Office Chief Administrative Law Judge
   Memphis, Tennessee
   (address and phone unknown)

5. Luvertha Gamblin
Administrative Assistant (Timekeeper)
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

6. W. Stephen Hubbard
Hearing Office Administrative Law Judge
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

7. Patsy Jackson-Martin
Administrative Assistant (Timekeeper)
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

8. Trudy Johnson
Office of Hearings and Appeals
Chief Administrative Law Judge's Office
(address and phone unknown)

9. Barbara Knott
Administrative Assistant (Timekeeper)
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

10. Francis "Frank" Ma
Processing Group Supervisor
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

11. Margaret Meyer
Supervisory Staff Attorney
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

12. Michael H. Sanders
Acting Hearing Office Chief Administrative Law Judge
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

13. Sandra Smith
Legal Assistant
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

14. Marilyn Triplett
Processing Group Supervisor
McCoy Federal Building
100 West Capital, Suite 1014
Jackson, Mississippi 39269
Phone: (601) 965-4650

15. Beverly Walker
Hearing Office Director
Nashville, Tennessee
(address and phone unknown)

**B. Description and Location of Documents**

Through their counsel, Plaintiffs identify the following categories of documents which Plaintiffs may use to support their claims :

- Plaintiffs' and Class Members' Leave and Earnings Statements;

- Plaintiffs' and Class Members' Serial Overtime or Holiday Work Attendance Roster;
- Plaintiffs' and Class Members' Serial Time and Attendance Roster;
- Plaintiffs' and Class Members' Request to Work Credit Hours Form;
- Plaintiffs' and Class Members' Overtime and Compensatory Time Request and Approval Form; and
- Plaintiffs' and Class Members' Application for Leave Forms.

Upon information and belief, the Defendant has, or should have, possession and control of the above-described documents for the six years preceding initiation of this action.

**C. <u>Computation of categories of damages</u>**

Plaintiffs are currently unable to provide a specific computation of damages because the information necessary to calculate damages is, in large part, in the Defendant's possession. As described in the Complaint, Plaintiffs seek to recover damages so they can be placed in the situation they would have been in had the Defendant not breached the terms of the current and immediately preceding National Agreement between the American Federation of Government Employees and the Social Security Administration by failing to pay proper overtime wages. In addition to the amount of their respective unpaid overtime compensation, Plaintiffs seek an equal amount as liquidated damages pursuant to the greater benefit available under the FLSA, as well as reasonable attorney fees, pre-judgment interest, all costs and expenses incurred in the prosecution of this action, and such other, further, general and/or equitable relief to which Plaintiffs may be entitled.

This 23rd day of June, 2004.

Respectfully submitted,

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Brent J. Kaplan
Bruce A. Finzen
Sharon Cummings-Giles
Suite 1200
1801 K. Street, N.W.
Washington, D.C. 20006
Telephone: 202-775-0725
Facsimile: 202-223-8604

Brent J. Kaplan
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326-1119
Telephone: 404-233-1114
Facsimile: 404-233-1267

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL
Sam Brand, Jr.
Law Office of Sam Brand
P.O. Box 24296
Jackson, Mississippi 39225
Phone: 601-949-7577
Fax: 601-985-9578

## CERTIFICATE OF SERVICE

I, Brent J. Kaplan, do hereby certify that I have forwarded to counsel for the Defendant a true copy of the foregoing **Plaintiffs' Initial Disclosures Pursuant to RCFC 26 (a)(1)** by depositing same in the United States Mail, with proper postage affixed thereto, addressed as follows:

Michael S. Dufault
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Attention: Classification Unit
8th Floor
Washington, D.C. 20530

This 23rd day of June, 2004.

Brent J. Kaplan
Brent J. Kaplan

# 2

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JANE DOE, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 03-2459C (Judge Williams) |
| THE UNITED STATES, | ) | |
| Defendant, | ) | |

DEFENDANT'S INITIAL RULE 26 DISCLOSURES

Pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, is providing to plaintiffs, Jane Doe, et al., the following initial disclosures.

I. RCFC 26(a)(1)(A) Disclosures

Pursuant to RCFC 26(a)(1)(A), defendant is providing to plaintiff the names and telephone numbers of each individual likely to have discoverable information that defendant may use to support our claims or defenses, and is identifying the discoverable information:

1. Latina Greene
   Labor Relations Counselor
   Office of Labor, Management, and Employee Relations
   Office of Human Resources
   Social Security Administration
   6401 Security Boulevard
   Baltimore, MD 21235

Ms. Greene serves as the labor relations counselor to the Associate Commissioner for the Office of Labor, Management, and Employee Relations. Ms. Greene possesses discoverable information concerning the bargaining history and interpretation of the most recent National Agreement between the American Federation of Government Employees and the Social Security Administration.

2. Charles Lewis
Director
Center for Personnel Information Management Systems and Payroll
Office of Personnel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235

Mr. Lewis serves as the Director for the Center for Personnel Information Management Systems and Payroll. He possesses discoverable information concerning the tracking of employee hours of work, as well as the amount of overtime, compensatory time, and credit hours worked by agency employees. He also possesses information concerning the amount of compensation earned by agency employees.

3. Donna Veley
Senior Specialist for Pay and Compensation
Center for Personnel Policy and Staffing
Office of Personnel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

Ms. Veley possesses discoverable information concerning the agency's pay and compensation policies. She also possesses information concerning the agency's policies for hours of work, including credit hours, compensatory time, and overtime.

II. RCFC 26(a)(1)(B) Disclosures

Pursuant to RCFC 26(a)(1)(B), defendant will make available to plaintiffs for inspection and copying, at the offices of the Social Security Administration, 6401 Security Boulevard, Baltimore, MD 21235, all non-privileged "documents, data compilations, and tangible things that are in the possession, custody, or control of defendant, and that defendant may use to support its clams or defenses, unless used solely for impeachment."

III. RCFC 26(a)(1)(C) Disclosures

Defendant has no disclosures to make pursuant to RCFC 26(a)(1)(C), i.e., a computation of any category of damages claimed by defendant.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

HAROLD D. LESTER, JR.
Assistant Director

MICHAEL S. DUFAULT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L St., NW, 8th Floor
Washington, D.C. 20530
(202) 353-7961
(202) 353-7988

Attorneys for Defendant

July 6, 2004

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 7th day of July, 2004, I caused to be mailed (first class, postage prepaid) copies of "DEFENDANT'S INITIAL RULE 26 DISCLOSURES" addressed as follows:

BRUCE A. FINZEN, Esq.
Sharon Cummings-Giles
Suite 1200
1801 K Street, N.W.
Washington, D.C. 20006

BRENT J. KAPLAN, Esq.
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.W.
Atlanta, GA 30326-1119

SAM BRAND, JR., Esq.
Law Offices of Sam Brand
P.O. Box 24296
Jackson, MS 39225