**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

JANE DOE 1, JANE DOE 2, and
JANE DOE 3, on behalf of themselves
and all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

NO. 03-2459C
(Judge Williams)

**PLAINTIFFS' MOTION FOR SUPPLEMENTATION AND RE-ISSUANCE OF THE COURT'S JANUARY 12, 2007 ORDER**

The Plaintiffs, through counsel undersigned, and pursuant to the Court's directive in its Order filed February 22, 2007, hereby request that the Court supplement and reissue its January 12, 2007 Opinion and Order Granting in Part Defendant's Motion to Dismiss. In support of the instant Motion, Plaintiffs show this honorable Court as follows:

1.

On January 12, 2007 the Court issued an Opinion and Order Granting in Part Defendant's Motion to Dismiss. The January 12, 2007 Opinion and Order granted the Defendant's Motion in connection with the Plaintiffs' claims for violation of the National Agreement between the American Federation of Government Employees and the Social Security Administration ("National Agreement"). The January 12, 2007 Order also dismissed Plaintiffs' claims for improper payment for credit hours. The January 12, 2007 Order also stated that the Plaintiffs' claims for violation of the Fair Labor Standards Act for any overtime compensated as compensatory time off, on an hour for hour basis, that was "irregular, occasional" was not

compensable. The Court denied the Defendant's Motion to Dismiss in connection with the Plaintiffs' claims for violation of the Fair Labor Standards Act, pending clarification of whether all overtime compensated as compensatory time off, on an hour for hour basis, was "irregular, occasional," or whether it was "scheduled in advance of the workweek."

2.

Plaintiffs noted in a letter submission to the Court dated January 30, 2007, that, upon information and belief, some portion of said overtime was scheduled in advance of the workweek. Plaintiffs also advised the court in their letter that, in the interests of judicial economy, and to prevent piece meal litigation of Plaintiffs' claims for overtime compensated as compensatory time off on an hour-for-hour basis, whether irregular, and occasional, or scheduled in advance of the work week, Plaintiffs' believed their entire case should be dismissed, so that the issues decided by the court in its Order could be appealed to the Federal Circuit.

3.

In the February 6, 2007 telephonic status conference held in this matter, the Court and counsel discussed whether modification of the January 12, 2007 Order might be appropriate given the Parties' anticipated submission of a Stipulation of Voluntary Dismissal Without Prejudice of the claims in the Complaint not otherwise dismissed in the January 12, 2007 Order.

4.

To promote judicial economy, and in order to avoid piece meal litigation, the Parties have agreed to a Stipulation for Voluntary Dismissal Without Prejudice of the claims not dismissed in the January 12, 2007 Order so that an appeal might be taken forthwith to the United States Court of Appeals for the Federal Circuit. The Parties submitted said Stipulation to the Court for review on February 22, 2007.

5.

In order to insure that a final, appealable, Order exists, the Plaintiffs respectfully move the Court to supplement and reissue the January 12, 2007 Order to specifically reflect entry of the Joint Stipulation for Voluntary Dismissal Without Prejudice and to reflect that the reissued Order, when combined with the Joint Stipulation for Voluntary Dismissal Without Prejudice, resolves all claims asserted in the litigation and constitutes a Final Order from which an appeal under Court of Federal Claims Rule 54(a) lies.

6.

The Court has not heretofore issued a Judgment in this matter.

7.

Re-issuance of the January 12, 2007 Order in the manner requested will ensure that the United States Court of Appeals for the Federal Circuit recognizes that this matter will be ripe for appeal, will thereby promote judicial economy, and will help ensure that the Parties secure the just, speedy and inexpensive determination of this action.

8.

The requested supplementation and re-issuance of the Court's January 12, 2007, Order will not prejudice the Defendant.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request that the Court supplement and reissue its January 12, 2007 Order in the manner described above.

Respectfully submitted this 26th day of February, 2007.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Bruce A. Finzen (BJK w/ perm.)

Bruce A. Finzen
1801 K Street, NW, Suite 1200
Washington, DC 20006
Telephone: 202-775-0725
Facsimile: 202-223-8604

Brent J. Kaplan
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326-1119
Telephone: 404-233-1114
Facsimile: 404-233-1267

ATTORNEYS FOR PLAINTIFFS

OF COUNSEL
Sam Brand, Jr.
Law Office of Sam Brand
P.O. Box 24296
Jackson, Mississippi 39225
Phone: 601-949-7577
Fax: 601-985-9578

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

JANE DOE 1, JANE DOE 2, and JANE DOE 3, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

NO. 03-2459C
(Judge Williams)

## CERTIFICATE OF SERVICE

I, Brent J. Kaplan, hereby certify that on February 26th, 2007 I electronically filed the foregoing **Plaintiffs' Motion for Supplementation and Re-issuance of the Court's January 12, 2007 Order** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael J. Dierberg
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street N.W., 12th Floor
Washington, D.C. 20530

I also hereby certify that I have forwarded to counsel for the Defendant a true copy of the **Plaintiffs' Motion for Supplementation and Re-issuance of the Court's January 12, 2007 Order** via facsimile transmission, and by depositing a copy of same in the United States mail with proper postage affixed thereto.

Brent J. Kaplan
Brent J. Kaplan