# In the United States Court of Federal Claims

**No. 03-2459 C**

**JANE DOE, ET AL.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order of Dismissal, filed March 23, 2007, and the January 12, 2007 Opinion and Order,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that:

- Plaintiffs' breach of contract claim is dismissed for lack of jurisdiction.
- Plaintiffs' FLSA claim seeking relief with respect to credit hours is dismissed.
- Plaintiffs' FLSA claim with respect to comp time is dismissed, without prejudice.
- Plaintiffs' overtime pay claim with respect to irregular, occasional, or scheduled work is dismissed, without prejudice.

Brian Bishop
Clerk of Court

**March 28, 2007** By: s/Lisa DeFade Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.