#066410

ORIGINAL

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**Case Number: NO. 03-2459C**

FILED
APR 17 2007
U.S. COURT OF FEDERAL CLAIMS

JANE DOE 1, JANE DOE 2, and JANE DOE 3, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

## NOTICE OF APPEAL

Notice is hereby given that the Plaintiffs in the above named case, Jane Doe 1, Jane Doe 2 and Jane Doe 3, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Federal Circuit from the Order of Dismissal entered in this action on March 23, 2007 as well as the Judgment dated March 28, 2007.

Respectfully submitted this 17th day of April, 2007.

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Bruce A. Finzen /BDTK
Bruce A. Finzen
1875 Eye Street NW, Suite 300
Washington, DC 20006
Telephone: 202-775-0725
Facsimile: 202-223-8604



AT1 30054349.1

/s/ Brent J. Kaplan

Brent J. Kaplan
2600 One Atlanta Plaza
950 East Paces Ferry Road, N.E.
Atlanta, Georgia 30326-1119
Telephone: 404-233-1114
Facsimile: 404-233-1267

ATTORNEYS FOR PLAINTIFFS/APPELLANTS
JANE DOE 1, JANE DOE 2 AND JANE DOE 3

**IN THE UNITED STATES COURT
OF FEDERAL CLAIMS**

JANE DOE 1, JANE DOE 2, and
JANE DOE 3, on behalf of themselves
and all others similarly situated,

Plaintiffs,

vs.

UNITED STATES OF AMERICA,

Defendant.

NO. 03-2459C
(Judge Williams)

**CERTIFICATE OF SERVICE**

I, Brent J. Kaplan, hereby certify that I have forwarded to counsel for the Defendant a true copy of the **Notice of Appeal** via facsimile transmission, and by depositing a copy of same in the United States mail with proper postage affixed thereto, and addressed to:

Michael J. Dierberg
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
1100 L Street N.W., 12th Floor
Washington, D.C. 20530

This 16th day of April, 2007.

Brent J. Kaplan



ATI 30054349.1