# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORIGINAL

## NOTICE OF DOCKETING

FILED
APR 23 2007
U.S. COURT OF FEDERAL CLAIMS

**2007-5107 - DOE V US**

**Date of docketing:** 04/23/2007

**Appeal from:** United States Court of Federal Claims case no. 03-CV-2459

**Appellant(s):** Jane Doe 1, Jane Doe 2 and Jane Doe 3, on behalf of themselves and all others similarly

**Critical dates include:**

- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Docketing Statement. (*Due within 14 days of the date of docketing.*) See the en banc order dated September 18, 2006. [Counsel can download a copy of the order and guidelines at www.fedcir.gov.]
- Requests for extensions of time. See Fed. Cir. R. 26 and 27. **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**

- Official caption to all.
- Docketing Statement. (Only in cases where all parties are represented by counsel.)
- Rules of Practice to pro se parties. [Counsel can download the rules from www.fedcir.gov or call 202.633.6550.]
- Entry of appearance form to all.
- Informal brief form to pro se parties.
- Motion and Affidavit for Leave to Proceed in Forma Pauperis form to appellants owing the docketing fee.

Jan Horbaly
Clerk

cc: US Court of Federal Claims
Michael J. Dierberg
Bruce A. Finzen

2007-5107

# In the United States Court of Federal Claims

## Appeal Information Sheet

**Judge Mary Ellen Coster Williams**

**Nature of Suit: 306**

**Type of Case**: Civilian Pay - Overtime Compensation

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 23 2007

JAN HORBALY
CLERK

JANE DOE 1, JANE DOE 2 and
JANE DOE 3, on behalf of themselves
and all others similarly situated,
***Plaintiff,***
v.

THE UNITED STATES,
***Defendant***

RECEIVED
2007 APR 19 PM 2:16
US COURT OF APPEALS
FEDERAL CIRCUIT

**CFC Docket No.:** 03-2459 C.

**Cross or Related**? No.

**Appeal filed by:** Plaintiffs.

**Date Judgment Entered**: March 28, 2007.

**Notice of Appeal**: April 17, 2007.

**Fee**: $455.00.

***<u>See Docket Sheet for Plaintiff and Defendant attorney information</u>***.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2007-5107

JANE DOE 1, JANE DOE 2,
and JANE DOE 3, on behalf of themselves
and all others similarly situated,

Plaintiffs-Appellants,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 03-CV-2459,
Judge Mary Ellen Coster Williams.

Authorized Abbreviated Caption[2]

DOE v US, 2007-5107

[1] Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.